The Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAMIE BAZZELL and CARISSA ALIOTO, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BODY CONTOUR CENTERS, LLC, d/b/a SONO BELLO,<br><br>Defendant. | CASE NO. 2:16-cv-00202 JLR<br><br>DECLARATION OF CHRISTOFER M. PAR IN SUPPORT OF DFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION<br><br>Noted for Consideration: May 6, 2016 |

I, Christofer M. Par, declare as follows:

1. I am over the age of 18 and competent to testify. My testimony herein is based on personal knowledge.

2. Body Contour Centers, LLC, ("BCC") is a closely held, Washington State Limited Liability Company, pursuant to Ch. 25.15 RCW. Its corporate headquarters are in Kirkland, Washington. BCC has no parent organization, and no other corporation (publicly held or otherwise) owns 10% or more of its units. BCC currently has 12 members, of whom I am the majority owner and Manager.

3. Attached hereto as Exhibit 1 is a true and correct copy of the most recent Amended and Restated Limited Liability Company Agreement for Body Contour Centers, LLC,

DECLARATION OF CHRISTOFER M. PAR
IN SUPPORT OF DEFENDANT'S RESPONSE
TO PLAINTIFFS' MOTION FOR CONDITIONAL
CERTIFICATION - 1
CASE NO. **2:16-CV-00202-JLR**
#1038822 v1 / 42279-007

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

4. BCC, holds the rights to the trade name, "Sono Bello." BCC licenses that name to other companies to do business as "Sono Bello."

5. I am not and never have been licensed to practice medicine; I do not practice medicine and never have.

6. Pursuant to a Management Services Agreement ("MSA"), a true and correct copy of which is attached hereto as Exhibit 2, BCC is contracted by Aesthetics Physicians, P.C., an Arizona professional corporation ("Medical Group"), to provide all management and support services necessary and appropriate for the Medical Group's provision of professional services (i.e., elective, cosmetic, surgical and non-surgical procedures) in various locations leased by BCC. The Medical Group is licensed under the MSA to use "Sono Bello" as its practice name. Exhibit 2, Section 5.1.

7. Under the MSA, BCC is responsible to provide the Medical Group with all non-professional (i.e., non-medical) services, including management, administration, facilities, and support services. Support services include marketing:

> 3.9 <u>Other Services; Marketing; Signage</u>. Medical Group may authorize Company to provide or arrange for additional services by separate written agreement, which additional services shall be paid as Practice Expenses. Company shall establish and implement a marketing, advertising and public relations program promoting Medical Group's provision of Professional Services, which shall include a call center services component, subject to Medical Group's on-going supervision and final approval, as reflected by Medical Group's acceptance of separate written agreements between the parties or with third parties for such matters; provided that (i) such additional services are reasonable and necessary for the Medical Group's provision of professional Services in the Premises, (ii) the obligation for such services will not survive the termination of this Agreement, and (iii) any obligation to the Company or its affiliates for such services shall be approved by the Medical Group in advance.

8. BCC is not responsible for the professional staff of the Medical Group, and the Medical Group is not responsible for the non-professional staff of BCC:

DECLARATION OF CHRISTOFER M. PAR
IN SUPPORT OF DEFENDANT'S RESPONSE
TO PLAINTIFFS' MOTION FOR CONDITIONAL
CERTIFICATION - 2
CASE NO. 2:16-CV-00202-JLR
#1038822 v1 / 42279-007

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

> 3.8.3. Employment Decisions. Company shall have sole authority and responsibility for the employment, supervision, and/or termination of any Non-Professional Personnel. Company shall have no responsibility for the employment, supervision, and/or termination of any Physicians or Professionals, all of which shall be the sole authority and responsibility of Medical Group. . .

9. BCC facilities are located in Bellevue and Tacoma, Washington; Beverly Hills, Sacramento, and San Diego, California; Chicago, Illinois; Cincinnati and Cleveland, Ohio; Edina, Minnesota; Greenwood, Colorado; Houston, Texas; Overland Park, Kansas; Portland, Oregon; Salt Lake City, Utah; Scottsdale, Arizona; and St. Louis, Missouri (16 locations, not including BCC's corporate headquarters in Kirkland).

10. Under the MSA, BCC does not engage in the practice of medicine and is not responsible for the Medical Group's provision of medical services:

> 4.3 <u>Practice of Medicine/Supervision</u>. At all times during the Term, each Physician and Professional retained by Medical Services to provide Professional Services shall be duly licensed in god standing and authorized practice within their respective scope of licensure in the state in which the Premises are located. Each such Physician and Professional shall provide medical or other licensed services for the Practice at the Premises in accordance with the professional medical standards of local community. Medical Group shall require each Physician and Professional providing such Professional Services be responsible to ensure that al Professional Services conducted at the Practice are conducted in compliance with applicable laws and regulations pertaining to the Practice and the practice of medicine. At all times during the Term, there will be no revocation, restriction, voluntary relinquishment under threat of revocation, probation or sanction imposed with respect to any license, permit or authority issued to any Physician or Professional providing Professional Services at the Premises by any state or federal agency; and no any Physician or Professional providing Professional Services shall be suspended, placed on probation, excluded, delisted or prohibited from participating in any licensure, payment or reimbursement program or unable to practice at the Premises.

11. Patient care consultants are "non-professional," that is non-medical, employees of BCC, and are part of the marketing services BCC provides to the Medical group. They meet

DECLARATION OF CHRISTOFER M. PAR
IN SUPPORT OF DEFENDANT'S RESPONSE
TO PLAINTIFFS' MOTION FOR CONDITIONAL
CERTIFICATION - 3
CASE NO. **2:16-CV-00202-JLR**
#1038822 v1 / 42279-007

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

with potential patients and market the Medical Group's professional services, which include tumescent liposuction, laser lipolysis, and VelashapeTM contouring.

12. The job duties of the patient care consultants are primarily defined in position descriptions, a true and correct copy of which is attached hereto as Exhibit 3.

13. Appointments are scheduled throughout the day at BCC facilities, and during these appointments, patient care consultants try to ascertain from potential patients what their needs are, advise patients about available procedures, screen patients for suitability to undergo certain procedures based on a set of criteria established by the Medical Group, advise about the various risks and benefits associated with the procedures, discuss financing options with the patient, provide the patient with intake forms and explain such forms, and arrange for after-care and transportation, among other consultative services.

14. Patient care consultants usually perform these job duties from within BCC's facilities, however, some consultants are required to travel to different clinics to perform these job duties. So-called "traveling" patient care consultants do not work out of a specific location, and for administrative purposes, are assigned to the corporate office in Kirkland.

15. All patient care consultants employed by BCC are paid a base salary of about $50,000 per year, plus a bonus amount that is based on sales. Over the course of a year, if a patient care consultant is meeting performance expectations, her bonus will far exceed her base salary. Thus, patient care consultants typically make well over $100,000 per year – those who do not are not performing in a satisfactory manner, and they either quit, or failing improvement, are let go.

DECLARATION OF CHRISTOFER M. PAR
IN SUPPORT OF DEFENDANT'S RESPONSE
TO PLAINTIFFS' MOTION FOR CONDITIONAL
CERTIFICATION - 4
CASE NO. **2:16-CV-00202-JLR**
#1038822 v1 / 42279-007

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED in Kirkland, Washington, this 2nd day of May, 2016.

_____
Christofer M. Par

DECLARATION OF CHRISTOFER M. PAR
IN SUPPORT OF DEFENDANT'S RESPONSE
TO PLAINTIFFS' MOTION FOR CONDITIONAL
CERTIFICATION - 5
CASE NO. 2:16-CV-00202-JLR
#1038822 v1 / 42279-007

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100