The Hon. James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Jamie Bazzell and Carissa Alioto, individually and on behalf of all other similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> Body Contour Centers, LLC, d/b/a Sono Bello <br><br> Defendant. | Case No. 2:16-cv-00202-JLR <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO EXTEND PAGE LIMITS |

This matter, having come before the Court on the Parties' Stipulated Motion for Leave to Extend Page Limits, and the Court having considered the arguments and papers submitted herein, and for good cause shown;

IT IS on this 5th day of April, 2017, ORDERD that

The parties' Stipulated Motion to extend the page limits with respect to briefing their Stipulated Motion for Settlement Approval is Granted and extended to a total of 16 pages.

**IT IS SO ORDERED**

James L. Robart
United States District Judge

Motion for Leave to Extend Page Limits
CASE NO. 2:16-CV-00202-JLR

NICHOLS KASTER, PLLP
4600 IDS Center, 80 South 8th St.
Minneapolis, MN 55402
TEL. 612.256.3200 • FAX 612.338.4878
www.nka.com