The Hon. James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Jamie Bazzell and Carissa Alioto, individually and on behalf of all other similarly situated individuals,

Plaintiffs,

v.

Body Contour Centers, LLC, d/b/a Sono Bello

Defendant.

Case No. 2:16-cv-00202-JLR

[Proposed] ORDER GRANTING STIPULATED MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT

THIS MATTER comes before the Court on the Parties' Stipulated Motion for Approval of FLSA Collective Action Settlement. The Court has considered the Motion in its entirety, and considers itself fully advised. Based on the foregoing, it is ORDERED that the Parties' Stipulated Motion for Approval of FLSA Collective Action Settlement is GRANTED.

This 11th day of April, 2017.

_____
Honorable James L. Robart