The Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JAMIE BAZZELL and CARISSA ALIOTO,
individually and on behalf of all other similarly
situated individuals,

              Plaintiffs,

    v.

BODY CONTOUR CENTERS, LLC, d/b/a SONO
BELLO,

              Defendant.

CASE NO. 2:16-cv-00202

[~~PROPOSED~~] ORDER SEALING
FINAL SETTLEMENT
AGREEMENT AND RELEASE
AND EXHIBITS THERETO
(FILED UNDER SEAL)

APRIL 14, 2017

THIS MATTER comes before the Court on Body Contour Centers, LLC's Motion to Seal Final Settlement Agreement and Release ("Agreement"). The Court has considered the Motion and Subjoined Declaration of Tracy M. Miller.

The Court considers itself fully advised. Based on the foregoing, it is ORDERED that Defendant's Motion to Seal is GRANTED. The Clerk is hereby directed to seal the Agreement and Exhibits A and B thereto. (DKT #61).

DONE IN OPEN COURT, this 13 day of April, 2017.

_____
HONORABLE JAMES L. ROBART

PROPOSED ORDER SEALING
FINAL SETTLEMENT AGREEMENT
AND RELESE - 1
CASE NO. 2:16-CV-00202-JLR
#1091834 v1 / 42279-007

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

2   Presented by:

3   s/ *Tracy M. Miller*
    s/ *Richard J. Omata*
4   Tracy M. Miller, WSBA #24281
5   Richard J. Omata, WSBA #7032
    KARR TUTTLE CAMPBELL
6   701 Fifth Avenue, Suite 3300
    Seattle, WA 98104
7   Telephone: 206-223-1313
8   Email: tmiller@karrtuttle.com
           romata@karrtuttle.com
9   *Attorneys for Defendant*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PROPOSED ORDER SEALING
FINAL SETTLEMENT AGREEMENT
AND RELESE - 2
CASE NO. **2:16-CV-00202-JLR**
#1091834 v1 / 42279-007