The Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAMIE BAZZELL and CARISSA ALIOTO, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BODY CONTOUR CENTERS, LLC, d/b/a SONO BELLO,<br><br>Defendant. | CASE NO. 2:16-cv-00202 JLR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>NOTED FOR CONSIDERATION: JUNE 13, 2017 |

Pursuant to LCR 7(d)(1) and 10(g), Plaintiffs Jamie Bazzell and Carissa Alioto, individually, and on behalf of all other opt-in Plaintiffs ("Settling Plaintiffs"), and Defendant Body Contour Centers, LLC d/b/a Sono Bello ("Defendant") (collectively, "Parties"), stipulate as follows, and move the Court for an order dismissing the case, with prejudice.

## STIPULATION

The Parties reached an agreement to settle Plaintiffs' claims for unpaid overtime arising under the Fair Labor Standards Act ("FLSA"). The settlement was approved by Court order dated April 11, 2017, Dkt. # 63, and has been fully performed by Defendant. Pursuant to the Court-approved settlement, the Settling Plaintiffs agree and stipulate to dismiss all of their claims against Defendant immediately, with prejudice, and without costs or fees to any party.

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL - 1

CASE NO. 2:16-CV-00202-JLR
#1102953 v1 / 42279-007

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

STIPULATED this 12th day of June, 2017.

**NICHOLS KASTER, PLLP**

s/ Matthew C. Helland
Matthew C. Helland, CA Bar No. 250451 *
Brittany B. Skemp, MN Bar No. 0395227*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55427
Phone: (612) 256-3200
Fax: (612) 338-4878
lukas@nka.com
bbachmanskemp@nka.com
*Admitted Pro Hac Vice

**Terrell Marshall Law Group PLLC**

s/Beth Terrell
Beth E. Terrell, WSBA No. 26759
Erika L. Nusser, WSBA No. 40854
936 North 34th Street, Suite 300
Seattle, WA 98103
Phone: (206) 816-6603
Fax: (206) 319-5450
bterrell@terrellmarshall.com
enusser@terrellmarshall.com

**Attorneys for Plaintiffs and those similarly situated**

**KARR TUTTLE CAMPBELL**

s/ Tracy M. Miller
s/ Richard J. Omata
Tracy M. Miller, WSBA #24281
Richard J. Omata, WSBA #7032
701 Fifth Ave., Suite 3300
Seattle, WA 98104
Phone: 206-223-1313
tmiller@karrtuttle.com
romata@karrtuttle.com

**Attorneys for Defendant, Body Contour Centers**

## [PROPOSED] ORDER

Pursuant to this stipulation, IT IS HEREBY ORDERED that all claims by the Settling Plaintiffs are dismissed in their entirety, with prejudice.

IT IS SO ORDERED.

DATED: June 14, 2017

_____
HON. JAMES L. ROBART

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL - 2

CASE NO. 2:16-CV-00202-JLR
#1102953 v1 / 42279-007